BORDEAUX, RESPONDENT, *v.* BORDEAUX, APPELLANT.

(No. 1,806.)

(Submitted April 21, 1902.  Decided June 5, 1902.)

For syllabus, see *Bordeaux* v. *Bordeaux, ante,* page 533.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

DIVORCE suit by John R. Bordeaux against Ella F. Bordeaux.  A decree was rendered for plaintiff, and a new trial denied, and defendant appealed.  Original application by defendant for an allowance of temporary alimony and suit money.  Application denied.

*Messrs. McHatton & Cotter,* for Appellant.

*Messrs. Stapleton & Stapleton,* and *Mr. B. S. Thresher,* for Respondent.

MR. JUSTICE PIGOTT delivered the opinion of the court.

On the third day of January, 1902, the defendant appealed from an order of the district court entered November 9, 1901, requiring the plaintiff, who had recovered a judgment of divorce against the defendant, to pay to her certain sums of money for counsel fees and expenses on appeals taken by her to the supreme court from the judgment and order denying her motion for a new trial.  From the order of November 9, 1901, the plaintiff also appealed.  The defendant prays this court to require the plaintiff to pay to her, or into court for her use, a reasonable sum for the services of counsel on her appeal, another sum for the cost of preparing and printing her transcript on appeal, and a further sum for her appearance fee therein.

Upon the authority of the two cases of *Bordeaux* v. *Bordeaux,* 26 Montana Reports, 533, 537, 69 Pacific Reporter, 103, 1130, the application is dismissed for the reason that this court is without jurisdiction to grant it.

*Dismissed.*